# United States District Court
## For The Western District of North Carolina
## Charlotte Division

William Brian Torrence ,

                  Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    3:09-cv-111
                                          3:04-cr-296-2

USA,

                  Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2012 Order.

                            Signed: January 11, 2012

Frank G. Johns, Clerk
United States District Court